**Faryion Edward WARDRIP, Petitioner–Appellee**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellant.**

No. 10–70017.

United States Court of Appeals, Fifth Circuit.

June 10, 2011.

Bruce Edward Anton, Sorrels, Udashen & Anton, Dallas, TX, Mary Margaret Penrose, University of Oklahoma College of Law, Norman, OK, for Petitioner–Appellee.

Katherine Diane Hayes, Assistant Attorney General, Office of The Attorney General, Austin, TX, for Respondent–Appellant.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

We VACATE the April 9, 2010 judgment of the district court and REMAND for reconsideration in light of the Supreme Court's decision in *Cullen v. Pinholster,* —— U.S. ——, 131 S.Ct. 1388, 179 L.Ed.2d 557 (2011).

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.